

One Grand Central Place  
60 East 42nd Street, 48th Floor  
New York, New York 10165

Tel  212.689.8808  
Fax  212.689.5101  
www.hnrklaw.com

dcavaleri@hnrklaw.com

May 3, 2024

**VIA ECF**
Honorable Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/2024
```

**Re:**   *Populus Media, Inc. v. Jeffrey Erb, No. 1:23-cv-4160 (MKV) (SLC)*

Dear Judge Vyskocil:

We represent Plaintiff Populus Media, Inc. ("Populus Media") in the above-referenced matter, and write on behalf of the parties to respectfully request an adjournment of the Initial Pretrial Conference scheduled for May 13, 2024 at 12:00 PM. Pursuant to your Honor's Rule 2(G), this request for an adjournment is being made because we have a scheduling conflict on May 13, 2024, and the parties are unable to confer to discuss settlement for one hour per your Order dated May 1, 2024 prior to May 20, 2024. Therefore, we respectfully request that the Initial Pretrial Conference be rescheduled for either May 28 or May 30, 2024, or on another day that your Honor is available after May 28, 2024.

This is the parties' first request for an adjournment of the Initial Pretrial Conference.

We thank you for your consideration of this matter.

Respectfully submitted,

HOGUET NEWMAN
REGAL & KENNEY, LLP

/s/ Damian Cavaleri

Damian Cavaleri, Esq.
*Attorneys for Plaintiff*

cc: All counsel of record (via ECF)

---

This request for an adjournment is GRANTED. The IPTC will take place on May 31, 2024 at 10:30 a.m. and will be held by telephone. To join, dial 646-453-4442 and use conference ID: 401 771 305#. The joint letter and proposed Case Management Plan are due May 24, 2024.

Date: May 6, 2024
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge